E-FILED
Thursday, 26 April, 2007   10:13:08 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DESIGN IDEAS, LTD., an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. |
| MEIJER, INC., a Michigan Corporation, | ) ) ) ) | |
| Defendant. | ) | |

## CERTIFICATE OF INTEREST

The Undersigned, counsel of record for Design Ideas, Ltd., Plaintiff, furnishes the following in compliance with Rule 11.3 of this court.

(1)   The full name of every party or amicus the attorney represents in the case;

> Design Ideas, Ltd.
> 2521 Stockyard Rd.
> P.O. Box 2967
> Springfield, IL  62708

(2)   If such party is a corporation:

(a) its parent corporation, if any; and:

> none

(b) a list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus if it is a publicly held company.

> none

(3)   The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in the case.

> Brown, Hay & Stephens, LLP

> Saidman DesignLaw Group

Respectfully submitted,

**DESIGN IDEAS, LTD.,**

by its attorneys,

**BROWN, HAY & STEPHENS, LLP**

Dated:  April 25, 2007            By:   /s/ Paul Bown
Registration No. 0265926
Attorney for Plaintiff
Brown, Hay & Stephens, LLP
205 S. Fifth Street, Suite 700
Springfield, Illinois 62701
Telephone:  (217) 544-8491
Fax: (217) 544-9609
Email:  pbown@bhslaw.com

and

**SAIDMAN DesignLaw Group**

Perry J. Saidman
Michael T. Platt
Garfield Goodrum
8601 Georgia Avenue
Silver Spring, MD  20910
(301) 585-8601
fax: (301) 585-0138
garfield.goodrum@designlawgroup.com
Attorney Goodrum is admitted in MA and NH, and not yet admitted in MD.