AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the Central District of Illinois, Springfield Division

DESIGN IDEAS, LTD.,
an Illinois Corporation

V.

MEIJER, INC.,
a Michigan Corporation

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07-3107

TO: (Name and address of Defendant)

MEIJER, INC.
2929 Walker Ave. NW
Grand Rapids, MI 49544-9424

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Brown, Hay & Stephens
205 S. Fifth Street, Suite 700
Springfield, Illinois 62701

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_John M. Waters_
CLERK

_M. Eddings_
(By) DEPUTY CLERK

April 26, 2007
DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me | DATE 5-9-07 |
| NAME OF SERVER (PRINT) John Rademaker | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
2929 Walker Ave NW
Grand Rapids MI 49544

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: X Charles C. R[?]
Assistant General Counsel

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5-9-07
Date

Signature of Server
JOHN RADEMAKER P/S

2920 Fuller NE
Grand Rapids MI 49525
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.