E-FILED
Tuesday, 29 May, 2007  11:21:46 AM
Clerk, U.S. District Court, ILCD

AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

for the Central   DISTRICT OF   Illinois, Springfield Division

DESIGN IDEAS, LTD.,
an Illinois Corporation,

   Plaintiff,

V.

MEIJER, INC.,
a Michigan Corporation,

   Defendant.

**APPEARANCE**

Case Number: 07-3107

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant, MEIJER, INC., a Michigan Corporation.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/29/2007 | /s Michael B. Stillman |
| Date | Signature |
| | Michael B. Stillman   6226182 |
| | Print Name   Bar Number |
| | 3180 Theodore Street, Suite 205 |
| | Address |
| | Joliet   IL   60435 |
| | City   State   Zip Code |
| | (815) 726-8012   (815) 726-1674 |
| | Phone Number   Fax Number |