51006/jr/5-29-07

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DESIGN IDEAS, LTD., an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No.:   07-3107 |
| MEIJER, INC., a Michigan Corporation, | ) ) ) | |
| Defendant. | ) | |

### JURY DEMAND

The undersigned demands a trial by a 12-man jury.

Respectfully submitted,

BY: <u>/s Michael B. Stillman</u>
Michael B. Stillman

Michael B. Stillman (06226182)
3180 Theodore Street, Suite 205
Joliet, IL  60435
(815) 726-1600

Document #: 1231560