E-FILED
Tuesday, 29 May, 2007 03:35:13 PM
Clerk, U.S. District Court, ILCD

51006/jr/5-29-07

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DESIGN IDEAS, LTD., an Illinois Corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.: 07-3107 |
| MEIJER, INC., a Michigan Corporation, | ) ) ) ) | |
| Defendant. | ) | |

I, Michael B. Stillman, certify that I served the attached **Jury Demand** pursuant to Fed.R.Civ.P.5(a) and in accordance with LR Fed.R.Civ.P.5(e) on this 29th day of May, 2007.

BY: /s Michael B. Stillman
Michael B. Stillman

Michael B. Stillman (06226182)
QUERREY & HARROW, LTD.
3180 Theodore Street, Suite 205
Joliet, IL 60435
(815) 726-1600

Document #: 1231784