51006/jr/5-29-07

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DESIGN IDEAS, LTD., an Illinois Corporation, )))) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Case No.: | 07-3107 |
| ) | | |
| MEIJER, INC., a Michigan Corporation, ))) | | |
| Defendant. ) | | |

I, Michael B. Stillman, certify that I served the attached **Appearance** pursuant to Fed.R.Civ.P.5(a) and in accordance with LR Fed.R.Civ.P.5(e) on this 29th day of May, 2007.

BY: /s Michael B. Stillman
Michael B. Stillman

Michael B. Stillman (06226182)
QUERREY & HARROW, LTD.
3180 Theodore Street, Suite 205
Joliet, IL 60435
(815) 726-1600

Document #: 1231779