51006/jr/5-29-07

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| DESIGN IDEAS, LTD., an Illinois Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.:   07-3107 |
| MEIJER, INC., a Michigan Corporation, | ) ) ) ) | |
| Defendant. | ) | |

**MOTION FOR EXTENSION OF TIME TO PLEAD**

NOW COMES the Defendant, MEIJER, INC., a Michigan Corporation, by and thorough its attorney, MICHAEL B. STILLMAN, and as its Motion for Extension of Time to Plead states as follows:

1. This matter arises out of various alleged intellectual property violations against Defendant, Meijer, Inc., a Michigan Corporation, by Plaintiff, Design Ideas, LTD., an Illinois Corporation.

2. The subject lawsuit and a summons were issued with the U.S. District Court, Central District of Illinois, on April 26, 2007.

3. Said summons and lawsuit were served upon Defendant, Meijer, Inc., and received by its legal department on May 9, 2007.

4. Pursuant to rule, an answer or responsive pleading must be filed by May 29, 2007.

5. Upon receipt, of the instant lawsuit, Meijer, Inc.'s legal department sent correspondence to the manufacturer of the goods, Hangzhou Landa Crafts Co., Ltd., that is the subject of the complaint, requesting that pursuant to purchase order terms, that Hangzhou Landa Crafts Co., Ltd. accept a tender of the lawsuit. Hangzhou Landa Crafts Co., Ltd. is based out of Hangzhou, Zhejiang Province, China.

6. Meijer, Ltd. awaits a response from their requested tender of the case to Hangzhou Landa Crafts Co., Ltd.

7. Attorneys for Meijer, Ltd. have communicated with counsel for the Plaintiff, Brown, Hay & Stephens, LLP and Saidman Design Law Group, advising them of these facts and requesting an extension of time to answer or otherwise plead for an additional thirty (30) days from the May 29, 2007 deadline.

8. Counsel for Plaintiff has no objection to a thirty (30) day extension of time to plead.

WHEREFORE, MEIJER, INC., a Michigan Corporation, by and thorough its attorney, MICHAEL B. STILLMAN, hereby requests an Extension of Time to Plead for an additional thirty (30) days or until June 28, 2007.

Respectfully submitted,

BY: /s Michael B. Stillman
Michael B. Stillman

Michael B. Stillman (06226182)
QUERREY & HARROW, LTD.
3180 Theodore Street, Suite 205
Joliet, IL  60435
(815) 726-1600

I, Michael B. Stillman, certify that I served the attached **Motion For Extension Of Time To Plead** pursuant to Fed.R.Civ.P.5(a) and in accordance with LR Fed.R.Civ.P.5(e) on this 29th day of May, 2007.

BY: /s Michael B. Stillman
Michael B. Stillman

Michael B. Stillman (06226182)
QUERREY & HARROW, LTD.
3180 Theodore Street, Suite 205
Joliet, IL  60435
(815) 726-1600

Document #: 1231550