AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS |
|---|---|---|

DESIGN IDEAS, LTD.

      Plaintiff,

v.

MEIJER, INC.,

      Defendant.

**APPEARANCE**

Case Number: 2007-03107

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

MEIJER, INC.

I certify that I am admitted to practice in this court.

| JULY 23, 2007 | /s/DEVON J. EGGERT |
|---|---|
| Date | Signature |

| DEVON J. EGGERT | 6289425 |
|---|---|
| Print Name | Bar Number |

175 W. JACKSON BLVD., SUITE 1600
Address

| CHICAGO, | ILLINOIS | 60604 |
|---|---|---|
| City | State | Zip Code |

| 312-540-7148 | 312-540-0578 |
|---|---|
| Phone Number | Fax Number |