# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| **DESIGN IDEAS, LTD.,**<br>       **Plaintiff,** | )<br>)<br>)    Civil Action No. 07-03107-JES-BGC |
| **v.** | )<br>) |
| **MEIJER, INC.,**<br>       **Defendant.** | )<br>) |

## MOTION TO ENTER AGREED
## ORDER EXTENDING TIME TO ANSWER

Defendant, MEIJER, INC., by and through its attorneys, QUERREY & HARROW, LTD., moves this Court as follows:

1. On May 30, 2007, this Court entered an order extending the time for Meijer, Inc. to plead to June 28, 2007.

2. On June 25, 2007, entered an agreed order to extend the time to answer to July 16, 2007.

3. On July 12, 2007, this Court entered an agreed order to extend the time to answer to August 20, 2007.

4. Since entry of the order, the parties have continued their settlement discussions.

5. The parties have agreed to extend the time for Meijer, Inc. to answer due to the pending settlement discussions.

6. Counsel for Plaintiff has no objection to the extension.

WHEREFORE, Defendant, MEIJER, INC., prays as follows:

A. That an order be entered extending the time for Defendant to answer until September 4, 2007 by agreement of the parties; and

B.	For such other and further relief as this Court deems just and proper.

MEIJER, INC.,<br>
By:   Beverly A. Berneman   <br>
Beverly A. Berneman

Beverly A. Berneman (6189418)
QUERREY & HARROW, LTD.
175 W. Jackson Blvd., Suite 1600
Chicago, Illinois 60604
(312) 540-7000

I, Beverly A. Berneman, certify that I served the attached **Motion For Extension Of Time To Plead** pursuant to Fed.R.Civ.P.5(a) and in accordance with LR Fed.R.Civ.P.5(e) on this 17th day of August, 2007.

MEIJER, INC.,<br>
By:   /s/Beverly A. Berneman<br>
Beverly A. Berneman

Beverly A. Berneman
QUERREY & HARROW, LTD.
175 W. Jackson Blvd., Suite 1600
Chicago, Illinois 60604
(312) 540-7000