# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| **DESIGN IDEAS, LTD.,** | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No. 07-03107-JES-BGC |
| **v.** | ) |
| | ) |
| **MEIJER, INC.,** | ) |
| **Defendant.** | ) |

## NOTICE OF FILING

To:   Paul Brown
      Brown, Hay & Stephens, LLP
      205 S. Fifth Street, Suite 700
      Springfield, Illinois 62701

   PLEASE TAKE NOTICE that on September 4, 2007 we caused to be filed with the United States District Court for the Central District of Illinois, Springfield Division, **Answer of Meijer, Inc.,** a copy of which is attached hereto and thereby served upon you.

                                        QUERREY & HARROW, LTD.

## AFFIDAVIT OF SERVICE

   I, Beverly A. Berneman, an attorney, certify that the above captioned Notice of Filing was served upon the persons to whom it is addressed by mailing a copy of same to them at their address and depositing the same in the United States Mail at 175 W. Jackson Boulevard, Chicago, Illinois before 4:00 p.m. on September 4, 2007 with proper postage prepaid.

                                          /s/ Beverly A. Berneman
                                        Bevery A. Berneman

QUERREY & HARROW, LTD.
175 W. Jackson Blvd., Suite 1600
Chicago, Illinois 60604
(312) 540-7000