IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| DESIGN IDEAS, LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:07-cv-03107 |
| | ) |
| MEIJER INC., | ) |
| | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Attorney for Plaintiff, Perry J. Saidman, moves to withdraw as counsel of record in the above-captioned action. Plaintiff remains represented by co-counsel.

Respectfully submitted,

Dated: September 12, 2007     By:     s/ Perry J. Saidman
SAIDMAN DESIGNLAW GROUP
8601 Georgia Avenue
Suite 603
Silver Spring, MD 20910
(301) 585-8601
fax: (301) 585-0138

**CERTIFICATE OF SERVICE**

I certify that on September 12, 2007, a copy of the above and foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD** has been served on opposing counsel of record by U.S. Mail, Postage Prepaid, properly addressed.

s/ Perry J. Saidman