# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# SPRINGFIELD DIVISION

| | |
|---|---|
| DESIGN IDEAS, LTD., <br> an Illinois Corporation, <br><br> Plaintiff, <br><br> v. <br><br> MEIJER, INC., <br> a Michigan Corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 3:07cv03107 <br> ) <br> ) <br> ) <br> ) <br> ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** plaintiff Design Ideas, Ltd., and files this stipulation of dismissal with prejudice. The parties request the court to dismiss the instant action with prejudice.

Respectfully submitted,

**DESIGN IDEAS, LTD.,**

by its attorneys,

**BROWN, HAY & STEPHENS, LLP**
Paul Bown
205 S. Fifth Street, Suite 700
Springfield, Illinois 62701
(217) 544-8491
fax: (217) 544-9609

and

**SAIDMAN DesignLaw Group**

Dated: October 16, 2007     By:     /s/ Garfield Goodrum_____
Michael T. Platt
Garfield Goodrum
8601 Georgia Avenue
Silver Spring, MD  20910
(301) 585-8601
fax: (301) 585-0138
garfield.goodrum@designlawgroup.com
Attorney Goodrum is admitted in MA, and not yet admitted in MD.